IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**DONALD D. SUITER,**

    Plaintiff,

v.                                                                                                      Civil Action No. **3:11CV484**

**PETER MELETIS,** *et al.*,

    Defendants.

## MEMORANDUM OPINION

Donald D. Suiter submits this civil action pursuant to 42 U.S.C. § 1983. By Memorandum Order entered on February 14, 2012, the Court ordered Suiter to submit a particularized complaint within fourteen (14) days of the entry thereof. On February 23, 2012, the United States Postal Service returned the February 14, 2012 Memorandum Order to the Court marked, "RETURN TO SENDER" and "UNABLE TO FORWARD." Since that date, Suiter has not contacted the Court to provide a current address,[1] nor has he submitted a particularized complaint. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                                          /s/
                                                        John A. Gibney, Jr.
Date: 3/22/12                           United States District Judge
Richmond, Virginia

---

[1] On August 3, 2011, by Memorandum Order, the Court warned Suiter that failure to keep the Court apprised of his current address could result in dismissal of the action. Suiter last updated his address on August 31, 2011. (*See* Docket No. 12.)